IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRANDON LEE ARCOS AND KRISTEN AARON ARCOS, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. SA-22:CV-01199-DAE |
| STATE FARM LLOYDS, | § § § | |
| *Defendant.* | § § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED, that on this day, came on to be considered Parties' Agreed Stipulation of Dismissal With Prejudice in the above-entitled and number cause. The Court, having considered the same such Motion, has determined that this Motion is good and should be granted. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the Parties' Agreed Stipulation of Dismissal With prejudice is hereby GRANTED.

SIGNED this 18th day of March, 2024.

_____
Judge Presiding